# Sheehan & Associates, P.C.

505 Northern Blvd Ste 311     tel. 516.303.0552     fax 516.234.7800
Great Neck NY 11021-5101      spencer@spencersheehan.com

February 3, 2020

District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   1:19-cv-08729-KPF
      Baez v. Bio-Nutritional Research Group, Inc.

Dear District Judge Failla:

    This office represents the plaintiff. In accordance with your Honor's Individual Rules of Practice in Civil Cases, plaintiff requests an adjournment and extension of the deadline and conference indicated below.

    Plaintiff, jointly and with consent of defendant, requests an extension of defendant's date to answer or respond to the complaint to Monday, March 9, 2020. The original date to answer or respond to the complaint is Friday, February 7, 2020. There have been no previous requests for adjournment or extension of this date, and no previous request was granted or denied. The reason for the current request is because the parties are exploring in good faith a resolution of the dispute. In the event that is not successful, the defendant may seek dismissal. Defendant consents to this request.

    Plaintiff, jointly and with consent of defendant, requests an adjournment of the conference scheduled for Wednesday, February 19, 2020 to Friday, March 20, 2020 and the corresponding submission of the proposed civil case management plan and scheduling order. The original date of the conference was Thursday, December 19, 2019. There has been one previous request for adjournment of the conference, which was granted. The reason for the current request is because the parties are exploring in good faith a resolution of the dispute. In the event that is not successful, the defendant may seek dismissal. Defendant consents to this request.

    The requested adjournment and extension does not affect any other scheduled dates. This request is submitted at least 48 hours prior to the due dates. Thank you.

Respectfully submitted,

 /s/Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on February 3, 2020, I served or emailed the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|                      | CM/ECF | First-Class Mail | Email |
|----------------------|--------|------------------|-------|
| Defendant's Counsel  | ☐      | ☐                | ☒     |
| Plaintiff's Counsel  | ☐      | ☐                | ☐     |

/s/ Spencer Sheehan
Spencer Sheehan

Application GRANTED.  Defendant's time to answer or otherwise respond to the Complaint is hereby extended to March 9, 2020.  Additionally, the initial pretrial conference scheduled for February 19, 2020, is hereby ADJOURNED to March 19, 2020, at 10:30 a.m.

Dated:      February 3, 2020          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE