Sheehan & Associates, P.C.  505 Northern Blvd Ste 311, Great Neck NY 11021-5101
spencer@spencersheehan.com  tel. 516.303.0552    fax 516.234.7800

March 12, 2020

District Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: 1:19-cv-08729-KPF
Baez v. Bio-Nutritional Research Group, Inc.

Dear District Judge Failla:

This office represents the plaintiff. In accordance with your Honor's Individual Rules of Practice in Civil Cases, plaintiff and defendant request an extension of twenty-one (21) days for defendant to file an answer or responsive pleading and an adjournment of the conference scheduled for Thursday, March 19, 2020.

There has been one previous requests for an extension of this date. This previous request was granted. Defendant consents to and joins plaintiff in the present request. The reason for the request is because the parties are finalizing the dismissal of this action, which is expected to occur within the period of time requested to be extended. Thank you.

Respectfully submitted,

 /s/Spencer Sheehan
Spencer Sheehan

## Certificate of Service

I certify that on March 12, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan