United States District Court
Southern District of New York                                1:19-cv-08729-KPF

Hipolito Baez, individually and on behalf of
all others similarly situated,

                Plaintiff,

       - against -                                          Notice of Voluntary Dismissal

Bio-Nutritional Research Group, Inc.,

                Defendant

      Plaintiff gives notice this action and his individual claims against defendant, are voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   March 26, 2020

                                              Respectfully submitted,

                                              Sheehan & Associates, P.C.

                                              /s/Spencer Sheehan
                                              Spencer Sheehan
                                              505 Northern Blvd Ste 311
                                              Great Neck NY 11021-5101
                                              Tel: (516) 303-0552
                                              Fax: (516) 234-7800
                                              spencer@spencersheehan.com
                                              E.D.N.Y. # SS-8533
                                              S.D.N.Y. # SS-2056

1:19-cv-08729-KPF
United States District Court
Southern District of New York

Hipolito Baez, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Bio-Nutritional Research Group, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 505 Northern Blvd Ste 311
  Great Neck NY 11021-5101
     Tel: (516) 303-0552
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  March 26, 2020

                                                            /s/ Spencer Sheehan
                                                            Spencer Sheehan

Certificate of Service

I certify that on March 26, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan